**2008–1154.  Morris v. McNeal.**

Hamilton App. No. C–061061. Discretionary appeal accepted; cause held for the decision in 2008–0691 and 2008–0817, *Sullivan v. Anderson Twp.*, Hamilton App. No. C–070253, 2008-Ohio-1438; and briefing schedule stayed.

PFEIFER, J., dissents.

**2008–1396.  W. Broad Chiropractic v. Am. Family Ins.**

Franklin App. No. 07AP–721, 2008-Ohio-2647. Discretionary appeal accepted and cause consolidated with 2008–1489, *W. Broad Chiropractic v. Am. Family Ins.*, Franklin App. No. 07AP–721, 2008-Ohio-2647.

PFEIFER, J., dissents.